IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD EUGENE STORCK,<br><br>        *Petitioner*,<br><br>v.<br><br>LAWRENCE P. MAHALLY, *et al.*,<br><br>        *Defendant*. | CIVIL ACTION<br>NO. 15-04052 |

## ORDER

**AND NOW**, this 7th day of October, 2015, after reviewing the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (ECF No. 7) and no objections having been filed by Petitioner Ronald Eugene Storck, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

                                        BY THE COURT:

                                        */s/ Gerald J. Pappert*
                                        GERALD J. PAPPERT, J.