IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD EUGENE STORCK, *Petitioner*, v. LAWRENCE P. MAHALLY, *et al.*, *Respondents.* | CIVIL ACTION NO. 15-04052 |

FILED
MAR -9 2016
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 9th day of March, 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (ECF No. 7) and Ronald Eugene Storck's Objection (ECF No. 10), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of *Habeas Corpus* is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1